UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS ALEXIS GONZALES ESQUIVEL,<br><br>  Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden of California City Detention Center; ORESTES CRUZ, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>  Respondents. | No. 1:25-cv-01353-KES-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING MOTION TO DISMISS<br><br>Docs. 3, 9, 13 |

Petitioner Santos Alexis Gonzales Esquivel is an immigration detainee proceeding with a petition for writ of habeas corpus. Doc. 3. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that respondents' motion to dismiss be denied, that the petition be granted, and that respondents be directed to provide petitioner with a bond hearing before an immigration judge at which respondents must justify petitioner's continued detention by clear and convincing evidence. Doc. 13. The findings and recommendations were served on the parties and contained

1   notice that any objections to the findings and recommendations were to be filed within fourteen
2   days of service. *Id.* at 10–11.  On January 26, 2026, respondents filed objections to the findings
3   and recommendations, requesting that the Court decline to adopt the findings and
4   recommendations "[f]or the reasons set forth in Respondent's original briefing." Doc. 14.[1]

5       In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of
6   this case.  Having carefully reviewed the file, the Court concludes that the findings and
7   recommendations are supported by the record and proper analysis.

8       Accordingly,

9       1.    The findings and recommendations issued on January 20, 2026, Doc. 13, are
10          ADOPTED IN FULL;
11      2.    The petition for writ of habeas corpus is GRANTED;
12      3.    The motion to dismiss is DENIED;
13      4.    Respondents are DIRECTED to provide Petitioner with a bond hearing before an
14          immigration judge at which Respondents must justify Petitioner's continued
15          detention by clear and convincing evidence.
16      5.    Respondents are ENJOINED AND RESTRAINED from detaining petitioner
17          unless they demonstrate, within fourteen (14) days of the date of this Order, by
18          clear and convincing evidence at a bond hearing before a neutral decisionmaker,
19          that petitioner is a flight risk or danger to the community such that his physical
20          custody is legally justified; and
21      6.    The Clerk of Court is directed to enter judgment for petitioner and close the case.

IT IS SO ORDERED.

Dated:   January 27, 2026

UNITED STATES DISTRICT JUDGE

---

[1] In their objections, respondents did not make any new arguments or address any specific portion of the findings and recommendations. *See* Doc. 14.