1  ERIC GRANT
   United States Attorney
2  Tara Amin
   Assistant United States Attorney
3  501 I Street, Suite 10100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Respondents

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  SANTOS ALEXIS GONZALEZ ESQUIVEL,        CASE NO. 1:25-CV-01353-SKO

12                     Petitioner,          STIPULATION AND ORDER FOR EXTENSION
                                            OF TIME
13         v.

14  CHRISTOPHER CHESTNUT, ET AL,

15                     Respondents.

16

17         The parties respectfully stipulate, subject to Court approval, to a 60-day extension after the

18  government shutdown regarding Department of Homeland Security funding lifts for the United States to

19  respond to Petitioner's motion of attorney fees under the Equal Access to Justice Act. (ECF No. 17, filed

20  February 24, 2026). The United States' response deadline is currently March 10, 2026. This short

21  extension will provide time for the parties to commence settlement negotiations regarding the claims

22  raised in Petitioner's motion, and if not resolved, for the United States to file its response to that motion.

23  For these reasons, the requested extension is supported by good cause under Fed. R. Civ. P. 6(b) and

24  E.D. Cal. L.R. 144(a), is sought in good faith and not for delay, will not prejudice any party as this

25  extension will not impact any Equal Access to Justice Act jurisdictional filing deadlines, and all

26  deadlines calculated from the response deadline should be extended correspondingly.

27  ///

28  ///

                                    1

Respectfully submitted,

Dated: March 3, 2026

By:     /s/ _Julio C. Gutierrez Morales_____
                 JULIO C. GUTIERREZ MORALES
                 Counsel for Petitioner

                 ERIC GRANT
                 United States Attorney

                 /s/ _Tara Amin_
                 Tara Amin
                 Assistant United States Attorney
                 Counsel for Respondents

## ORDER

Per the parties' joint stipulation, the deadlines set for Respondents' response to Petitioner's motion for attorney fees is extended by 60 days from the date the government shutdown regarding Department of Homeland Security funding lifts.

IT IS SO ORDERED.

Dated:   **March 8, 2026**                _/s/ Sheila K. Oberto_
                                         UNITED STATES MAGISTRATE JUDGE